IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-744-AP**

**JAMESON M. GILLESPIE,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #18), filed October 27, 2012, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$3,672.00**.

Dated at Denver, Colorado, this 29th day of October, 2012.

                            BY THE COURT:

                            *S/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT